**IN the MATTER OF the Care and Treatment of: Larry JOHNSON, a/k/a Larry D. Johnson, a/k/a Larry Darnell Johnson, Appellant.**

**No. ED 102530**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 10, 2015

---

Erika R. Eliason, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Mary H. Moore, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM

Larry Johnson (Appellant) appeals the judgment of the Circuit Court of the City of St. Louis entered pursuant to a jury verdict committing him to secure confinement in the custody of the Department of Mental Health as a sexually violent predator. In two points on appeal, Appellant claims that the probate court clearly erred by overruling his *Batson* challenges to the State's peremptory strikes of two venirepersons because the State's reasons were not clear, reasonably specific, or legitimate. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).